```
DENIS J. McINERNEY
Chief
CHARLES LA BELLA
Deputy Chief
THOMAS B.W. HALL
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC 20530
(202) 616-1682
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:11-cr-338-PMP-GWF |
| v. ) | |
| ) | <u>MOTION TO WITHDRAW ATTORNEYS</u> |
| ) | |
| ANGELA ESPARZA ) | |
| ) | |
| ) | |
| Defendant. ) | |

COMES NOW the United States of America, by and through Denis J. McInerney, Chief, U.S. Department of Justice, Criminal Division, Fraud Section, and Thomas B.W. Hall, Trial Attorney, U.S. Department of Justice, Criminal Division, Fraud Section and moves to withdraw attorneys Michael Bresnick and Nicole Sprinzen as attorneys of record in the above-captioned case. Mr. Bresnick and Ms. Sprinzen no longer work in the Fraud Section and are no longer involved in this matter.

/

/

/

/

DATED this 18th day of December, 2012.

Respectfully submitted,

DENIS J. McINERNEY
Chief
United States Department of Justice, Criminal Division, Fraud Section

/s/   Thomas B.W. Hall
THOMAS B.W. HALL
Trial Attorney

IT IS SO ORDERED.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Dated:  December 19, 2012.