RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Angela Esparza

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ANGELA ESPARZA,<br><br>  Defendant. | Case No. 2:11-cr-338-RFB-GWF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sandra Moser, Acting Chief, Fraud Section, Criminal Division, United States Department of Justice, and Ankush Khardori, Trial Attorney, Fraud Section, Criminal Division, U.S. Department of Justice, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Angela Esparza, that the Revocation Hearing currently scheduled on January 17, 2018, be vacated and continued to January 30, 2018 at 9:00 a.m.

This Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to investigate the alleged violations. Additional time is also needed for defense counsel to meet with Ms. Esparza in order to review the violations.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 11th day of January, 2018.

RENE L. VALLADARES
Federal Public Defender

*/s/ Raquel Lazo*
By_____
RAQUEL LAZO
Assistant Federal Public Defender

SANDRA MOSER
Acting Chief, Fraud Section
Criminal Division
United States Department of Justice

*/s/ Ankush Khardori*
By_____
ANKUSH KHARDORI
Trial Attorney, Fraud Section
Criminal Division
United States Department of Justice

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANGELA ESPARZA,<br><br>　　　　　Defendant. | Case No. 2:11-cr-338-RFB-GWF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, January 17, 2018 at 9:00 a.m., be vacated and continued to Tuesday, January 30, 2018 at the hour of 9:00 a.m.

DATED this 11th day of January, 2018.

　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE