RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Angela Esparza

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGELA ESPARZA,<br><br>Defendant. | Case No. 2:11-cr-338-RFB-GWF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sandra Moser, Acting Chief, Fraud Section, Criminal Division, United States Department of Justice, and Alison Anderson, Trial Attorney, Fraud Section, Criminal Division, U.S. Department of Justice, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Angela Esparza, that the Revocation Hearing currently scheduled on January 30, 2018, be vacated and continued to February 13, 2018 at 9:00 a.m.

This Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to review the violations with Ms. Esparza.

2. Additionally, time is needed to permit government counsel to travel for the hearing.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 19th day of January, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SANDRA MOSER<br>Acting Chief, Fraud Section<br>Criminal Division<br>United States Department of Justice |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Alison Anderson*<br>By_____<br>ALISON ANDERSON<br>Trial Attorney, Fraud Section<br>Criminal Division<br>United States Department of Justice |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-338-RFB-GWF |
| Plaintiff, | **ORDER** |
| v. | |
| ANGELA ESPARZA, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, January 30, 2018 at 9:00 a.m., be vacated and continued to Tuesday, February 13, 2018 at the hour of 9:00 a.m.

DATED this 22nd day of January, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE